r# 72703

FILED
U.S. BANKRUPTCY COURT
2011 JAN 14 PM 2: 54
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: FONNER, JILL ANN | ) | CASE NO. 08-40036 |
| DEBTOR(S) | ) | HON. KAY WOODS |
| | ) | DIVIDENDS LESS THAN $5.00 |

Pursuant to 11 U.S.C. Section 347 and Bankruptcy Rule 3010, the herein Trustee has dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, United States Bankruptcy Court, Check No. 10110 in the amount of $11.17.

The dividend relates to the following claimant:

| Claimant: | Amount: |
|---|---|
| World Financial Network<br>2001 Western Ave.<br>Seattle, WA 98121 | $.75 |
| Chase Bank<br>P.O. Box 740933<br>Dallas, TX 75374 | $3.55 |
| Ecast Settlement Corp.<br>P.O. Box 35480<br>Newark, NJ 07193 | $3.68 |
| Capital Recovery II<br>25 SE 2nd Ave.<br>Miami, FL 33131 | $1.47 |
| Capital Recovery II<br>25 SE 2nd Ave.<br>Miami, FL 33131 | $1.72 |

/s/Richard G. Zellers
RICHARD G. ZELLERS(0011764)
TRUSTEE
3810 Starrs Centre Dr.
Canfield, OH  44406
330-702-0780
330-702-0788(facsimile)